UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                              )
                                    )
DERRICK RAY WILLIAMS                )  CASE NO. 24-06622-JMC-13
                                    )
                                    )
DEBTOR(S)                           )

### OBJECTION TO TRUSTEE'S MOTION TO DISMISS

Comes now the Debtor, Derrick Ray Williams, by counsel, and objects to the Trustee's Motion to Dismiss, and in support whereof shows the Court as follows:

1. Due to circumstances beyond the control of the Debtor, payments to the Trustee are currently in arrears; however, the Debtor intends to become current on payments to the Trustee on or before the hearing date.

WHEREFORE, the Debtor, by counsel, respectfully requests the Trustee's Motion should be denied and any other proper relief.

By: /s/ Richard J. Shea
Sawin & Shea LLC
Attorneys for Debtor
4701 N KEYSTONE AVE STE 210
INDIANAPOLIS IN  46205
ecf@sawinlaw.com

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on the following parties through the Court's Electronic Case Filing System or by first-class U.S. Mail, postage prepaid:

U.S. Trustee

Ch 13 Trustee

February 3, 2026                    /s/ Richard J. Shea