UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DERRICK RAY WILLIAMS | ) | CASE NO. 24-06622-JMC-13 |
| | ) | |
| | ) | |
| DEBTOR | ) | |

## MOTION TO EXTEND TIME TO FILE AGREED ENTRY

Comes now the Debtor, Derrick Ray Williams, by counsel, and moves the Court to extend to and including **May 1, 2026,** the time in which the Debtor must file an Agreed Entry.

Debtor needs additional time to meet with Counsel.  No other extension has been filed.

By: /s/ Richard J. Shea
Sawin & Shea, LLC
Attorneys for Debtor
4701 N KEYSTONE AVE STE 210
INDIANAPOLIS IN  46205
ecf@sawinlaw.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on the following parties through the Court's Electronic Case Filing System or by first-class U.S. Mail, postage prepaid:

U.S. Trustee

Ch 13 Trustee

April 1, 2026                                    /s/ Richard J. Shea