**SO ORDERED: April 2, 2026.**



_____
**James M. Carr**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT          SGENERIC (rev 09/2025)
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

In re:

**Derrick Ray Williams**,                    Case No. **24–06622–JMC–13**
          Debtor.

### ORDER GRANTING MOTION TO EXTEND TIME

A Motion to Extend Time to File Agreed Entry was filed on April 1, 2026, by Debtor Derrick Ray Williams.

**IT IS ORDERED** that the Motion to Extend Time to File Agreed Entry is **GRANTED**. The deadline for filing is extended to May 1, 2026.

Attorney for the debtor must distribute this order.

### ###